UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00257-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KENNETH SUMNER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Temporarily Modify Conditions of Probation. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Temporarily Modify Conditions of Probation (#29) is GRANTED, and defendant is allowed to travel as outlined in such motion to attend his child's graduation.

Signed: November 17, 2015

Max O. Cogburn Jr.
United States District Judge